# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAICHE TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GKC USA, INC., a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:18-cv-08269-RGK-PLA<br>*Hon. R. Gary Klausner Presiding*<br><br>**[PROPOSED] JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST GKC USA, INC.** |

# [PROPOSED] JUDGMENT

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ENTERED AS FOLLOWS:

A Judgment in the amount of Thirty Thousand Dollars and No Cents ($30,000) in statutory damages, plus costs in the amount of Four Hundred Fifty Nine Dollars and Twenty Nine Cents ($459.29) and attorneys' fees in the amount of Two Thousand Four Hundred Dollars and No Cents ($2,400.00), for a grand total of **$32,859.29** is hereby GRANTED and ENTERED against GKC USA, Inc., and in favor of Fraiche Textile, Inc., along with post-judgment interest pursuant to 28 U.S.C. § 1961(a).

SO ORDERED.

Dated: February 12, 2019      By: _____/s/ Gary Klausner_____
                              Honorable R. Gary Klausner
                              United States District Judge